911 A.2d 502

**Gary KOZLOWSKI, Petitioner,**

v.

**CRIMINAL APPEAL/POST TRIAL UNIT OF the COURT OF COMMON PLEAS of Philadelphia County, Respondent.**

**No. 119 EM 2006.**

Supreme Court of Pennsylvania.

Oct. 18, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of October, 2006, the Petition for Review and the Application for Consolidation are denied.

911 A.2d 502

**Rogelio SALAZAR, Petitioner,**

v.

**The PA SUPERIOR COURT, PROTHONOTARY OFFICES, et al., Respondent.**

**No. 123 EM 2006.**

Supreme Court of Pennsylvania.

Oct. 18, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of October, 2006, the Application for Leave to File Original Process is granted and the Petition for Writ of Mandamus is denied.